# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: WILLIE N. MOON and ADNETTE M. GUNNELS-MOON<br><br>Debtors.<br><br>RUSHMORE LOAN MANAGEMENT SERVICES, LLC,<br><br>   Appellant/Cross Appellee<br><br>v.<br><br>ADNETTE GUNNELS-MOON and WILLIE N. MOON,<br><br>   Appellees/Cross Appellants | Case No.: 2:22-cv-01126-APG<br><br>**Order Granting Motion to Vacate Scheduling Order**<br><br>[ECF No. 14] |

I ORDER that appellant Rushmore Loan Management Services, LLC's motion to vacate the scheduling order **(ECF No. 14) is GRANTED**. The briefing schedule set forth in ECF No. 11 is suspended pending resolution of the motion to consolidate (ECF No. 12).

DATED this 9th day of August, 2022.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE