**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| IN RE: WILLIE N. MOON and ADNETTE M. GUNNELS-MOON<br><br>RUSHMORE LOAN MANAGEMENT SERVICES, LLC,<br>    Appellant,<br> v.<br>ADNETTE M. GUNNELS-MOON and US TRUSTEE,<br>    Appellees | **ORDER CONSOLIDATING CASES**<br><br><br>Case No. 2:22-cv-01126-APG |
| RUSMORE LOAN MANAGEMENTS ERVICES, LLC,<br>    Appellant,<br> v.<br>ADNETTE M. GUNNELS-MOON, WILLIE N. MOON, and US TRUSTEE,<br>    Appellees | Case No. 2:22-cv-01155-ART |

  Appellant Rushmore Loan Management Services, LLP filed a motion to consolidate these two cases. *See* Case No. 2:22-cv-01126-APG, ECF No. 12.  Courts may consolidate actions that involve common questions of law or fact. Fed. R. Civ. P. 42(a).  The court has broad discretion over whether to consolidate, and in doing so "weighs the saving of time and effort consolidation would produce against any inconvenience, delay, or expense that it would cause." *Huene v. United States*, 743 F.2d 703, 704 (9th Cir. 1984).  Judges Gordon and Traum find that consolidation of these actions would aid in the efficient disposition of both.

  IT IS THEREFORE ORDERED that the Appellant's motion to consolidate **(ECF No. 12) in 2:22-cv-01126-APG is GRANTED.**  Case No. 2:22-cv-01126-APG and Case No. 2:22-cv-

01155-ART are consolidated, with Case No. 2:22-cv-01126-APG serving as the lead case. All further filings in these cases shall be filed in the lead case.

IT IS FURTHER ORDERED that Case No. 2:22-cv-01155 is reassigned to Judge Andrew Gordon for all further proceedings.

DATED this 16th day of September, 2022.

_____  
ANNE R. TRAUM  
UNITED STATES DISTRICT JUDGE

_____  
ANDREW P. GORDON  
UNITED STATES DISTRICT JUDGE