**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| IN RE: WILLIE N. MOON and ADNETTE M. GUNNELS-MOON | Case No.: 2:22-cv-01126-APG |
| | **Order Setting Briefing Schedule** |
| RUSMORE LOAN MANAGEMENT SERVICES, LLC,<br>    Appellant,<br> v.<br>ADNETTE M. GUNNELS-MOON, WILLIE N. MOON, and US TRUSTEE,<br>    Appellees | |

  I ORDER that Appellant's opening brief is due by October 3, 2022.  Appellees' response brief is due by October 18, 2022.  Appellants' reply brief is due by November 2, 2022.

  DATED this 19th day of September, 2022.

                _____
                ANDREW P. GORDON
                UNITED STATES DISTRICT JUDGE