Leib M. Lerner
(CA Bar No. 227323)
Jacob A. Johnson
(GA Bar No. 849407)
**ALSTON & BIRD LLP**
333 S. Hope Street, 16th Fl.
Los Angeles, CA 90071
Telephone: (213) 576-1000
Facsimile: (213) 576-1100
leib.lerner@alston.com
jacob.johnson@alston.com
*Pro Hac Vice Applications to be Filed*

and

Cami M. Perkins, Esq.
Nevada Bar No. 9149
James A. Kohl, Esq.
Nevada Bar No. 5692
**HOWARD & HOWARD ATTORNEYS PLLC**
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, Nevada 89169
Telephone: (702) 257-1483
Facsimile: (702) 567-1568
cp@h2law.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re: <br><br> Willie N. Moon and Adnette M. Gunnels-Moon, <br><br> Debtors. | Bankr. Case No. 2:13-bk-12466-mkn <br><br> Chapter 13 |
| Rushmore Loan Management Services, LLC <br><br> Appellant/Cross Appellee, <br> v. <br><br> Adnette M. Gunnels-Moon & Willie N. Moon, <br><br> Appellees/ Cross Appellants. | District Court Case No. 2:22-cv-01126-APG <br><br> **SUBSTITUTION OF ATTORNEY** |

Rushmore Loan Management Services, LLC, Appellant/Cross Appellee, hereby substitutes Howard & Howard Attorneys PLLC, 3800 Howard Hughes Parkway, Suite 1000, Las Vegas, Nevada 89169, and Alston & Bird LLP, 333 S. Hope Street, 16th Fl., Los Angeles, California 90071, as attorneys of record in place and stead of Akerman LLP, 1635 Village Center Circle, Suite 200, Las Vegas, NV 89134.

DATED: July  26 , 2022

*Clint Burton*
Clinton Burton, VP, Associate Counsel
Rushmore Loan Management Services, LLC

DATED: July  29 , 2022

*/s/ Ariel E. Stern*
Ariel E. Stern, Esq. (Nevada Bar No. 8276)
Akerman LLP

I am duly admitted to practice in this District.
Above substitution accepted.

DATED: July  29 , 2022

/s/ James A. Kohl
James A. Kohl, Esq. (Nevada Bar No. 5692)
Howard & Howard Attorneys PLLC

Alston & Bird LLP's attorneys are not admitted to practice in this District. Pursuant to LR IA 11-2, Verified Petitions for Permission to Practice in this case will be filed within 14 Days of the filing of this substitution.

Above substitution accepted.

DATED: July  27 , 2022

Leib M. Lerner (California Bar No. 227323)
Alston & Bird LLP

Please check one: ___X___ RETAINED, or_____ APPOINTED BY THE COURT

APPROVED:

DATED: September 19, 2022

UNITED STATES DISTRICT JUDGE