# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE MOON | Case No.: 2:22-cv-01126-APG |
| RUSHMORE LOAN MANAGEMENT SERVICES, LLC, | ORDER |
| Appellant | |
| v. | |
| WILLIE N. MOON and ADNETTE M. GUNNELS-MOON, | |
| Appellants | |
| AND RELATED CROSS APPEAL | |

Rushmore Loan Management Services, LLC filed a notice of related cases to inform me that there is a new appeal in the *In re Willie N. Moon and Adnette M. Gunnels-Moon* bankruptcy proceeding that has been assigned to another judge (2:23-cv-00795-RFB).  Rushmore suggests that the new case be transferred to me.  I decline to order transfer because my case is closed, and the cases are not sufficiently related to justify transferring the new case to me.  It appears from a review of the order being appealed in 2:23-cv-00795-RFB that Rushmore is appealing a civil contempt order issued by the bankruptcy court.  That is separate from the issues that I resolved in the parties' cross appeals.

DATED this 12th day of June, 2023.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE